IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MONTA SUE JOHNSON,** : <br>  : <br> **Plaintiff,** : <br>  : <br> v. : <br>  : <br> **COMMISSIONER OF SOCIAL SECURITY,** : <br>  : <br>  : <br> **Defendants.** : | Case No. 2:20-cv-2224 <br><br> **CHIEF JUDGE ALGENON L. MARBLEY** <br><br> **Magistrate Judge Elizabeth P. Deavers** |

## OPINION & ORDER

This matter is before the Court on Magistrate Judge Deavers' Report and Recommendation (EFC No. 18), which addresses Plaintiff Monta Sue Johnson's November 10, 2020 Statement of Errors (ECF No. 12), the Commissioner of Social Security's Memorandum in Opposition (ECF No. 17), and the administrative record (ECF No. 11). Magistrate Deavers recommends Ms. Johnson's Statement of Errors be overruled and the Commissioner's decision regarding Ms. Johnson's social security benefits be affirmed.

The Report and Recommendation was filed on June 28, 2021, and advised the parties that they had fourteen days thereafter to raise any objections. The Report and Recommendation also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 18) as this Court's findings of facts and law. Accordingly, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner of Social Security's decision.  This case is hereby DISMISSED.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  July 30, 2021**